JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Caravantes and Jose Caravantes Pena,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas, United States Secretary of Department of Homeland Security; Ur Jaddou, Director of United States Citizenship and Immigration Services; Lola Parocua, Las Vegas Field Office Direction, U.S.C.I.S.; John Doek Adjudication Officer for Las Vegas Field Office of U.S.C.I.S.,<br><br>Defendants. | Case No. 2:23-cv-00877-EJY<br><br>**Stipulation to Extend Deadline for Defendants to File a Responsive Pleading**<br><br>**(First Request)** |

Plaintiffs, Pamela Caravantes and Jose Caravantes Pena, and the United States of America, on behalf of Defendants, through counsel, hereby stipulate and jointly move the Court to extend the time for Defendants to file an answer or other responsive pleading to Plaintiffs' amended complaint by an additional **30 days**. This is the first request to extend this deadline and is based on the following:

1. On June 19, 2023, Plaintiffs filed their amended complaint (ECF No. 6). Plaintiffs request, among other relief, that the Court compel Defendants to reset Jose's interview before an immigration officer/examiner and make a new decision to approve or deny his immigrant visa and precluding the officer from denying his visa based upon 8

U.S.C. § 1182(a)(2)(C)" and "enter a Declaratory Judgment that the denial decision was invalid and that 8 U.S.C. § 1182(a)(2)(C) is inapplicable to Jose." (ECF No. 6 at 6).

2. Defendants' answer or other responsive pleading is currently due August 22, 2023.

3. Since the filing of the amended complaint, the agency has reopened Plaintiff's I-485 application and requested additional documentation from Plaintiff.

4. The agency may take further action as to Plaintiff's claims. The reopening of the application and upcoming agency actions may resolve some, or all, of the issues raised in Plaintiffs' amended complaint.

5. Accordingly, the parties request that the Court extend the time for Defendants to answer or otherwise plead by 30 days. Defendants responsive pleading would then be filed on or before **September 21, 2023**, which is 30 days from the current responsive pleading deadline.

Respectfully submitted this 22nd day of August 2023.

| LAW OFFICES OF ANTHONY D. GUENTHER, ESQ. | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Anthony D. Guenther*<br>ANTHONY D. GUENTHER, ESQ.<br>Nevada Bar No. 5651<br>721 S. 6th Street<br>Las Vegas, Nevada 89101 | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 22, 2023

2