Anthony D. Guenther, Esq.
Nevada Bar No. 5651
721 S. 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 589-5170
Facsimile: (702) 541-8866
Email: adg@adguentherlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA CARAVANTES and JOSE CARAVANTES PENA,<br><br>     Plaintiffs,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, UNITED STATES SECRETARY of DEPARTMENT of HOMELAND SECURITY; UR JADDOU, DIRECTOR of UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES; LOLA PAROCUA, LAS VEGAS FIELD OFFICE DIRECTOR U.S.C.I.S.; JOHN DOE, ADJUDICATION OFFICER for LAS VEGAS FIELD OFFICE of U.S.C.I.S.<br><br>     Defendants. | CASE NO.: 2:23-cv-00877-EJY |

### STIPULATION AND ORDER TO DISMISS

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, that above-entitled case shall be dismissed with prejudice. Each party will bear its own cost and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 30th day of August, 2023.

| | |
|---|---|
| LAW OFFICES OF ANTHONY D. GUENTHER, ESQ. | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Anthony D. Guenther*<br>ANTHONY D. GUENTHER, ESQ.<br>Nevada Bar No. 5651<br>721 S. 6th Street<br>Las Vegas, Nevada 89101<br><br>*Attorney for Plaintiff* | /s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON, ESQ.<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

[signature]

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 21, 2023